STATE OF NEW JERSEY v. DAVID BASS.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER BOZEYOWSKI.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM PATETTA.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH DILL.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER TALFORD.

June 4, 1975. Petition for certification denied.

TRAP ROCK INDUSTRIES, INC. v. ALAN SAGNER, COMMISSIONER OF THE DEPARTMENT OF TRANSPORTATION.

June 4, 1975. Petition for certification granted. (See 133 *N. J. Super.* 99)